**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: AUGUST 20, 2008 |
|---|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502 Plaintiff, | | 08CV4740 |
| v. | | JUDGE GUZMAN |
| PRESCAST COMPANY, INC., an Illinois corporation Defendants, | | MAGISTRATE JUDGE COX |
| | | TC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| DONALD D. SCHWARTZ |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
  s/Donald D. Schwartz

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124459 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | |
|---|---|---|
| | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
|---|---|
| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |